United States District Court
Southern District of Texas
**ENTERED**
March 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Robert Richards, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-24-3 |
| | § | |
| Metropolitan Transit Authority of Harris County, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the Agreed Stipulation to Dismissal of All Claims and Requests for Relief filed on March 24, 2025, the above referenced case is hereby dismissed with prejudice as to Defendant Metropolitan Transit Authority of Harris County pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this **25** day of March, 2025.

DAVID HITTNER
United States District Judge